IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FERNANDO FRAIZ TRAPOTE, and<br>MARIA CLARA VALLEJO TASCON,<br><br>    Plaintiffs,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF<br>VENEZUELA,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:23-cv-02118-APM |

## CERTIFICATE REQUIRED BY LCvR 26.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for Plaintiffs Fernando Fraiz Trapote and Maria Clara Vallejo Tascon (collectively, "Plaintiffs"), certify that to the best of my knowledge and belief, none of the Plaintiffs have any parent companies, subsidiaries, or affiliates that own at least 10% of the stock or have any outstanding securities in the hands of the public.[1]

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: August 25, 2023

Respectfully submitted,

/s/ Francisco A. Rodriguez
Francisco A. Rodriguez (*pro hac vice*)
Florida Bar No. 653446 / D.C. Bar No. 1045133
Sandra J. Millor (*pro hac vice*)
Florida Bar No. 13742 / D.C. Bar No. 501987
Ana R. Ulseth (*pro hac vice*)
Florida Bar No. 1022151
**REED SMITH LLP**
200 South Biscayne Blvd
Suite 2600
Miami, FL 33131
Telephone: 786-747-0200

---

[1] Plaintiffs are individuals.  This Certificate is filed by Plaintiffs in an abundance of caution.

        Fascimile: 786-747-0299
        Francisco.Rodriguez@reedsmith.com
        SMillor@reedsmith.com
        AUlseth@reedsmith.com

        *And*

        Daniel Z. Herbst
        D.C. Bar No. 501161
        **REED SMITH LLP**
        1301 K Street, N.W.
        Suite 1000, East Tower
        Washington, DC 20005
        Telephone: 202-414-9232
        dherbst@reedsmith.com

        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2023, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to any parties or counsel of record registered with the CM/ECF system.

        */s/ Francisco A. Rodriguez*
        Francisco A. Rodriguez