AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| FERNANDO FRAIZ TRAPOTE, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 23-cv-2118-LLA |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bolivarian Republic of Venezuela.

Date:   09/30/2024

*Attorney's signature*

Gregory A. Paw
*Printed name and bar number*

Freeh Sporkin & Sullivan LLP
2550 M Street NW, First Floor
Washington, DC  20037
*Address*

paw@fsslaw.com
*E-mail address*

(267) 421-7033
*Telephone number*

*FAX number*