UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FERNANDO FRAIZ TRAPOTE, *et al.*, | : | |
| Plaintiffs, | : | |
| v. | : | Case 23-cv-2118-LLA |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | : | |
| Defendant. | : | |

DEFENDANT'S MOTION
TO DISMISS THE VERIFIED COMPLAINT

COMES NOW defendant Bolivarian Republic of Venezuela, by undersigned counsel, moving this Court to dismiss the Verified Complaint filed by plaintiffs, Fernando Fraiz Trapote and Maria Clara Vallejo Tascon, as this Court is without subject-matter jurisdiction to hear the merits because the plaintiffs cannot demonstrate that property in which they claim to hold rights was "property taken in violation of international law" and involving "commercial activity," as required under the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605(a)(3).

For the reasons stated in the accompanying statement of the points of law and authority, this motion should be granted.

Dated:  November 1, 2024                    Respectfully Submitted,

FREEH SPORKIN & SULLIVAN LLP

By:  /s/ Gregory A. Paw
Gregory A. Paw
Bar Number 421897
2550 M Street NW, First Floor
Washington, DC  20037
267-421-7033
paw@fsslaw.com

COUNSEL FOR DEFENDANT THE
BOLIVARIAN REPUBLIC OF VENEZUELA

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this motion and accompanying memorandum of points and authorities has been served this __1st__ day of November, 2024, upon all counsel of record using the Court's CM/ECF system.

                                              By:  /s/ Gregory A. Paw
                                                      Gregory A. Paw