UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FERNANDO FRAIZ TRAPOTE and
MARIA CLARA VALLEJO TASCON,

*Plaintiffs*,

v.

THE BOLIVARIAN REPUBLIC OF
VENEZUELA,

*Defendant*.

Case No. 1:23-CV-2118-LLA

### SECOND DECLARATION OF DAVID P. RIESENBERG

I, David P. Riesenberg, declare as follows:

1. I am an attorney at Pinna Goldberg U.S. PLLC, counsel for the Bolivarian Republic of Venezuela, Defendant in the above-captioned matter. I am an attorney licensed in the District of Columbia and the State of New York.

2. I submit this declaration in connection with Defendant's Reply in Support of Defendant's Motion for Substitution of the Real Party in Interest and Substitution of Counsel. The following exhibits are docketed herewith.

3. **Exhibits 71, 72, and 73** are intentionally left blank.

4. **Exhibit 74** is a true and correct copy of the Statement from U.S. President Donald J. Trump Recognizing Venezuelan National Assembly President Juan Guaidó as the Interim President of Venezuela (Jan. 23, 2019).

1

5. **Exhibit 75** is a true and correct copy of the Fact Sheet, *President Donald J. Trump is Cutting Off the Financial Resources of Maduro and His Cronies*, published by the White House (Aug. 6, 2019).

6. **Exhibit 76** is a true and correct copy of a *New York Times* article (Feb. 17, 2020) based upon an Interview with Ambassador John R. Bolton, the former national security advisor to U.S. President Donald J. Trump.

7. **Exhibit 77** is intentionally left blank.

8. **Exhibit 78** is a true and correct excerpt of the book, THE ROOM WHERE IT HAPPENED: A WHITE HOUSE MEMOIR (SIMON & SCHUSTER 2020), authored by Ambassador John R. Bolton.

9. **Exhibit 79** is a true and correct copy of the Press Statement published by the U.S. Department of State regarding the 2015 National Assembly (Jan. 3, 2023).

10. **Exhibit 80** is intentionally left blank.

11. **Exhibit 81** is a true and correct copy of a social-media post (Truthsocial.com) published by U.S. President Donald J. Trump (Feb. 1, 2025).

12. **Exhibit 82** is a true and correct copy of a social-media post (X.com) published by the White House (Feb. 10, 2025).

13. **Exhibit 83, 84, and 85** are intentionally left blank.

14. **Exhibit 86** is a true and correct screenshot with subtitles, together with a link to a Youtube.com video of the interview given publicly by U.S. Special Presidential Envoy Richard Grenell at "Day 2" of the 2025 Conservative Political Action Conference (February 21, 2025).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23 day of June 2025.

                                                                           */s/ David P. Riesenberg*
David P. Riesenberg (D.C. Bar No. 1033269)
PINNA GOLDBERG U.S. PLLC
10 G Street NE, Suite 600
Washington, D.C., 20002, U.S.A.
T: +1 (202) 549-2477
E: driesenberg@pinna-goldberg.com

*Counsel for Defendant*