UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FERNANDO FRAIZ TRAPOTE, *et al.*, : | |
|     Plaintiffs, : | |
| : | |
| v. : | Case 23-cv-2118-LLA |
| : | |
| BOLIVARIAN REPUBLIC OF VENEZUELA, : | |
|     Defendant. : | |

STATUS REPORT
ON COURT'S ORDER OF AUGUST 5, 2025

COMES NOW defendant Bolivarian Republic of Venezuela ("Venezuela"), by Freeh Sporkin & Sullivan LLP, reporting that pursuant to the Court's August 5, 2025 Order Inviting the Views of the Executive Branch (the "Order") (Doc. No. 49), counsel for Venezuela caused a true and correct copy of the Court's Order to be served by certified U.S. Mail pursuant to Fed. R. Civ. P. 4(i)(1) & (2) upon: (a) the Attorney General of the United States; (b) the U.S. Attorney for the District of Columbia; and (c) the United States Department of State (through the Executive Office in the Office of Legal Adviser).

Dated:  August 6, 2025            Respectfully Submitted,

                                          FREEH SPORKIN & SULLIVAN LLP

                                  By:  /s/ Gregory A. Paw
                                          Gregory A. Paw
                                          Jennifer Arbittier Williams
                                          2550 M Street NW, First Floor
                                          Washington, DC  20037
                                          267-421-7033
                                          paw@fsslaw.com

                                          COUNSEL FOR DEFENDANT THE
                                          BOLIVARIAN REPUBLIC OF VENEZUELA

- 2 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of this Praecipe has been served this <u>  6th  </u> day of August, 2025, upon all counsel of record using the Court's CM/ECF system.

By: <u>/s/ Gregory A. Paw         </u>
    Gregory A. Paw