UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FERNANDO FRAIZ TRAPOTE and MARIA CLARA VALLEJO TASCON,

Plaintiffs,

v.

BOLIVARIAN REPUBLIC OF VENEZUELA,

Defendant.

Case No. 1:23-cv-02118-LLA

**DEFENDANT'S MOTION TO DISMISS**

Defendant, the Bolivarian Republic of Venezuela (the "Republic" or "Venezuela"), by undersigned counsel, moves to dismiss the Complaint filed by plaintiffs Fernando Fraiz Trapote and Maria Clara Vallejo Tascon (together, "Plaintiffs") for lack of subject matter jurisdiction. Plaintiffs rely exclusively on the Foreign Sovereign Immunities Act's expropriation exception but identify no specific property taken in violation of international law that was present in the United States in connection with the Republic's commercial activity here, or any specific rule of international law the Republic allegedly violated. In addition, dismissal is warranted under the statute of limitations, domestic takings rule, lack of standing, and international comity.

For the reasons stated in the accompanying statement of the points of law and authority, this motion should be granted.

Dated: October 9, 2026

Respectfully submitted,

GREENBERG TRAURIG, LLP

*s/ Daniel Pulecio-Boek*

Daniel Pulecio-Boek, Bar Number 1500514
Michael A. Pusateri, Bar Number 1005463
Daniela Johnson Restrepo (admitted *Pro Hac Vice*)
D.C. Bar Number 90021025
**GREENBERG TRAURIG, LLP**
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037
Telephone: (202) 331-3117
Email:
pulecioboekd@gtlaw.com
pusaterim@gtlaw.com
daniela.johnsonrestrepo@gtlaw.com

*And*

Gabriel Aizenberg (admitted *Pro Hac Vice*)
Illinois Bar Number 6236614
**GREENBERG TRAURIG, LLP**
360 N. Green Street, Suite 1300
Chicago, IL 60606
Telephone: (312) 456-8400
Email:
gabriel.aizenberg@gtlaw.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this motion and accompanying memorandum of points and authorities has been served this 9th day of October, 2026, upon all counsel of record using the Court's CM/ECF system.

By: /s/ *Michael Pusateri*
Michael Pusateri